department, entered November 10, 1925, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant was employed as a store detective. She left her home Sunday morning and went to a Magistrate's Court where she had a shoplifting case. After the case was disposed of she left the court and on her way home was struck by a motorcycle and injured. It was contended that the injuries did not arise out of and in the course of claimant's employment.

*Jeremiah F. Connor* and *William Butler* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Not voting: ANDREWS, J. Absent: CARDOZO, J.

---

In the Matter of the Claim of PAULINE S. BECKER et al., Respondents, against AUGUST SCHUL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — farm laborer killed while operating farm machinery — dependents entitled to compensation where master had taken out insurance.*

*Becker* v. *Schul*, 214 App. Div. 743, affirmed.

(Argued February 24, 1926; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 16, 1925, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. The claim was for the death of a farm laborer who was killed in the course of his employment while operating farm machinery. His employer had taken out a policy of insurance covering all persons operating farm machinery. It was contended that deceased being employed as a farm laborer his dependents were not entitled to an award.

*Edward E. Franchot* for appellants.

*Albert Ottinger, Attorney-General* (*Glenn A. Stockwell* and *E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO and McLAUGH-LIN, JJ.

---

In the Matter of the Application of THE BROOKLYN EDISON COMPANY, INC., Respondent, for a Peremptory Order of Mandamus against CHARLES L. CRAIG, Comptroller of the City of New York, et al., Appellants.

*Tax — mandamus — corporations — New York city — mandamus granted to compel credit against special franchise tax of payment made in accordance with terms of franchise.*

*Matter of Brooklyn Edison Co., Inc.*, v. *Craig*, 214 App. Div. 801, affirmed.

(Argued February 24, 1926; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 26, 1925, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel defendants to credit upon the tax rolls of the city of New York against taxes on relator's special franchise for the year 1923 a payment made July 24, 1922, as required by the terms of its franchise.

*George P. Nicholson, Corporation Counsel* (*William H. King, Eugene Fay* and *Joseph A. Dodin* of counsel), for appellants.

*Frank C. Laughlin, George H. Olney* and *Charles D. Miller* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.